**SEABORN LEROY TRUESDALE and Hobson B. Taylor, Appellants, v. NEW YORK LIFE INS. CO., Appellee.**

**No. 3898.**

Circuit Court of Appeals, Fourth Circuit.
Oct. 21, 1935.

Toy R. Gregory, of Lancaster, S. C. (Gregory & Gregory and Williams & Stewart, all of Lancaster, S. C., on the brief), for appellants.

Pinckney L. Cain, of Columbia, S. C. (Thomas, Lumpkin & Cain, of Columbia, S. C., on the brief), for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The decree appealed from will be affirmed on the authority of the decision of this court in New York Life Ins. Co. v. Seaborn Leroy Truesdale and Eva B. Truesdale, 79 F.(2d) 481, decided October 8, 1935.

Affirmed.

---

**COMERFORD v. HOGSETT.**

**No. 3028.**

Circuit Court of Appeals, First Circuit.
Oct. 16, 1935.

John G. Comerford, pro. se.

James J. Bacigalupo, Asst. Atty. Gen. (Paul A. Dever, Atty. Gen., on the brief), for appellee.

Before BINGHAM and MORTON, Circuit Judges, and MORRIS, District Judge.

PER CURIAM.

This is an appeal to this court from an order of the federal District Court for Massachusetts of December 3, 1934, dismissing the appellant's petition for a writ of habeas corpus. It appears that the appellant is confined in the state prison at Charlestown, Mass., serving a sentence, and is there held under process of the state court. The appeal is not accompanied by a certificate of probable cause as now required to give this court jurisdiction to entertain such an appeal. USCA, title 28, § 466 (43 Stat. 940, § 6 (d), Act of March 10, 1908, c. 76 (35 Stat. 40). In this situation the appeal must be dismissed for want of jurisdiction. See Bilik v. Strassheim, 212 U. S. 551, 29 S. Ct. 684, 53 L. Ed. 649; Ex parte Patrick, 212 U. S. 555, 29 S. Ct. 686, 53 L. Ed. 650; In re Graves (C. C. A.) 270 F. 181, 187.

The appeal is dismissed for want of jurisdiction.